Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>HEATHER A. CARTER,<br><br>Defendant. | Docket Number  6:20-po-00487-HBK<br><br>**MOTION TO AMEND SPEED AND REMOVE ASSOCIATED LATE FEES FOR VIOLATION NUMBER 9291113; AND ORDER THEREON** |

The Government, through its representative, Sean O. Anderson, acting legal officer for the National Park Service, hereby moves the Court to amend the speed on violation number 9291113 from 57 miles per hour in a 25 mile per hour zone, to 50 miles per hour in a 25 mile per hour zone and remove any associated late fees. The Government agrees violation number 9291113 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $180, plus the $30 processing fee. The Defendant does not oppose. The Government does not object to Defendant requesting traffic school.

Dated:  December 28, 2020          /S/ Sean O. Anderson
                                    Sean O. Anderson
                                    Acting Legal Officer
                                    Yosemite National Park

1

**ORDER**

Upon motion of the United States filed on December 28, 2020 (Doc. No. 7) in the matter of *United States v. Carter*, case no. 6:20-po-00487-HBK (violation no. 9291113), the speed limit charged on violation number 9291113 is amended from 57 miles per hour in a 25 mile per hour zone to 50 miles per hour in a 25 mile per hour zone, and any associated late fees are removed. Violation number 9291113 can be resolved through a forfeiture of collateral consistent with the bail schedule, $180.00, plus the $30.00 processing fee. Considering the government's consent, traffic school is permitted for the defendant upon request.

IT IS SO ORDERED.

Dated:   December 28, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE